**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1453

AARON WAYNE BELL,

Plaintiff - Appellant,

v.

MEDLINE; ERNEST FIELD, HR,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:24-cv-03368-GLR)

Submitted:  October 16, 2025                     Decided:  October 20, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron Wayne Bell, Appellant Pro Se.  Richard J. Kim, Brandon Robert Mita, LITTLER MENDELSON PC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Wayne Bell appeals the district court's order granting Defendants' motion to dismiss Bell's claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bell v. MedLine*, No. 1:24-cv-03368-GLR (D. Md. Mar. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*